IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L. PAGE,<br><br>        Petitioner,<br><br>   v.<br><br>AUDREY KING, Acting Executive Director California Department of Mental Health,<br><br>        Respondent. | No. C 14-2052 WHA (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 9) |

     Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241. He has another pending federal habeas petition, Case No. 13-5352 WHA (PR). The instant petition was dismissed with leave to file an amended petition indicating that he his challenging a different civil commitment decision than in his pending petition. If he means to challenge the same commitment decision, he was ordered to bring his claim in his earlier case. He has chosen the latter course by filing a motion to amend the petition in his earlier case to include the claim raised herein, and to voluntarily dismiss this case. In a separate order in his earlier case, petitioner has been granted leave to amend the petition therein to include the claim from this case. Accordingly, his request is voluntarily dismiss this case is **GRANTED**, and the instant matter is **DISMISSED**. The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: September __2__, 2014.

                                                WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE